UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILLIAN SHALLOW, by and through her Guardian ad Litem, KATHLEEN SHALLOW, individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a Minnesota corporation, et. al.,<br><br>    Defendant. | Case No.: 14cv00294 JAH-BLM<br><br>**ORDER VACATING HEARING** |

After a careful review of the parties' submissions, the Court deems Target Corporation's motion to dismiss (Doc. No. 67) suitable for adjudication without oral argument.  See CivLR 7.1 (d.1).  Accordingly, IT IS HEREBY ORDERED the motion is taken under submission without oral argument and the hearing set for July 20, 2020 is VACATED.  The Court will issue an order in due course.

DATED: July 14, 2020

_____
JOHN A. HOUSTON
United States District Judge